*Hanson* for respondent. 

No. 254. WALSH CONSTRUCTION CO. *v.* UNITED STATES GUARANTEE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edmond M. Cook* and *Reuel B. Cook* for petitioner. *Mr. Jesse A. Miller* for respondent.

No. 255. CURTIS, TRUSTEE, ET AL. *v.* HUMPHREY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Watkins* for petitioners. *Mr. J. A. Tyson* for respondent. 

No. 256. SOMMER & MACA GLASS MACHINERY CORP. ET AL. *v.* JOHNSON ET AL. October 14, 1935. Petition for writ of certiorari to the Appellate Court, First District of Illinois, denied. *Mr. Marshall Solberg* for petitioners. No appearance for respondents. 

No. 259. BLUE ROSE OIL Co. *v.* ILLINOIS EX REL. KERNER, ATTORNEY GENERAL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Justus Chancellor* for petitioner. *Mr. G. F. Mulligan, Jr.,* for respondent. 

No. 260. CALLISON *v.* PICKENS ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court